UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGETTA SYKES,

        Plaintiff,                               Case No. 1:04-CV-567

v                                                Hon. Wendell A. Miles

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.
_____/

## JUDGMENT APPROVING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

        On July 5, 2005, United States Magistrate Judge Hugh W. Brenneman, Jr. issued a Report and Recommendation ("R & R") recommending that the Commissioner's decision be reversed and this matter remanded for further factual findings pursuant to sentence four of 42 U.S.C. § 405(g). No objections were filed to the R & R.

        The court, having reviewed the R & R filed by the United States Magistrate Judge in this action, and having reviewed the relevant portions of the file in this matter, determines that the Magistrate Judge has made a thorough and accurate review of all appealable issues and agrees with the reasoning and recommended disposition contained in the R & R. Therefore, the court hereby approves and adopts the R & R as the decision of the court.

The decision of the Commissioner of Social Security is **reversed and this matter is remanded for further factual findings pursuant to sentence four of 42 U.S.C. § 405(g).**

Dated: <u>August 5, 2005</u>                               <u>/s/ Wendell A. Miles</u>
                                                                Wendell A. Miles
                                                                Senior U.S. District Judge